462

809 A.2d 899

COMMONWEALTH of Pennsylvania, Appellee,

v.

Kevin FRAZIER, Appellant.

Supreme Court of Pennsylvania.

Sept. 30, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of September, 2002 the appeal is hereby dismissed as improvidently granted.